UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOBAN JOVANOVIC,<br><br>　　Plaintiff,<br><br>v.<br><br>US ALGERIA BUSINESS COUNCIL and JOHN DOES,<br><br>　　Defendants. | Civil Action No. 07-927 (CKK) |

**RULE 4(m) ORDER**
(October 11, 2007)

　　The Complaint in this case was filed on May 18, 2007, and an Amended Complaint was filed on September 12, 2007. There is no record that a copy of the Complaint or Amended Complaint has been served on Defendants US Algeria Business Council and John Does. Plaintiff's attention is directed to Federal Rule of Civil Procedure 4(m), which provides in pertinent part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.
>
> In order to avoid the finality of a mandatory dismissal, it is hereby

Civ. A. No. 07-927 (CKK)

**ORDERED** that by November 12, 2007, Plaintiff must either cause process to be served and proof of service to be filed with the Court, or file a status report with the Court that indicates why service has not been made.

Date:   October 11, 2007

                                                /s/ _____
                                                COLLEEN KOLLAR-KOTELLY
                                                United States District Judge