UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Boban Jovanovic (Pro-Se) | ) | **RECEIVED** |
| Plaintiff | ) | OCT 3 1 2007 |
| vs. | ) | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| US-Algeria Business Council | ) Docket No. | Case No. 1:07-cv-00927 |
| John Does's | ) | |
| **Defendants** | ) | **SERVICE OF COMPLAINT** |
| | ) | |

Court Clerk
US District of District of Columbia

Dear Clerk

    Included please find a copy of the affidavit of service, from Arlington County Sheriffs office, confirming that the defendant has been served in the above captioned case.

    Thus please enter on the Docket that defendant has been served.

**Bob Jovanovic Pro-SE,**
440 Magie av. Elizabeth N.J. 07208
1-908-803-0293
September 10,2007



BETH ARTHUR
SHERIFF

# ARLINGTON COUNTY, VIRGINIA
## OFFICE OF THE SHERIFF
**COURTHOUSE**
1425 N. COURTHOUSE ROAD, ROOM 9100
ARLINGTON, VIRGINIA 22201
(703) 228-4460
**DETENTION FACILITY**
1435 N. COURTHOUSE ROAD
ARLINGTON, VIRGINIA 22201
(703) 228-7286

### AFFIDAVIT OF SERVICE

I, Rodney C Williams, a Deputy Sheriff of Arlington County, Virginia, executed the Summons in a Civil Action, in the case of Boban Jovanovic vs Donald Wilhelm pending in the United States District Court District of Columbia by serving a true copy thereof on Dr Ismael Chikhoune IN PERSON at 2001 Jefferson Davis Highway Arlington, Virginia on the 23rd day of Oct, 20 07, at 1130 AM/PM.

I, _____, a Deputy Sheriff of Arlington County, Virginia being unable to make service upon the parties in the case of _____ vs _____ pending in the _____ return the process herewith "**NOT FOUND IN MY BAILIWICK**", on the ____ day of _____, 20____.

I further certify that I am not a party to or otherwise interested in the subject matter in controversy in this legal action.

Beth Arthur, Sheriff
Arlington County, Virginia

BY _____
Deputy Sheriff

Subscribed and sworn to before me in Arlington County, Virginia, this the 29th day of October, 2007.

_____
Notary Public

My Commission Expires: 9-30-2011

[Notary seal: PAULINA VITERI-REEDER, NOTARY PUBLIC, REG #7120782, COMMONWEALTH OF VIRGINIA]

— ACCREDITED —
VIRGINIA LAW ENFORCEMENT PROFESSIONAL STANDARDS COMMISSION
A.C.A. COMMISSION ON ACCREDITATION FOR CORRECTIONS