IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Boban Jovanovic<br>440 Magie Ave<br>Elizabeth, NJ 07208<br>(908) 558-0862<br><br>    Plaintiff,<br><br>    v.<br><br>US-Algeria Business Council<br>2001 Jefferson Davis Highway<br>Suite 208<br>Arlington, VA 22202<br><br>    and<br><br>John Does<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO.: 1:07-CV-00927 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record: Pursuant to Rule 83.6(a) of the Local Rules of the United States District Court for the District of Columbia please enter the appearance of Kevin H. Metz, of Latham & Watkins LLP, as counsel in this case for Defendant US-Algeria Business Council.

Dated: November 7, 2007

                                                                                                                   Respectfully submitted,

                                                                                                                   /s/ Kevin H. Metz
                                                                                                                   Kevin H. Metz
                                                                                                                   D.C. Bar No. 494087
                                                                                                                   LATHAM & WATKINS LLP
                                                                                                                   555 11th Street, N.W.
                                                                                                                   Suite 1000
                                                                                                                   Washington, D.C. 20004
                                                                                                                   Telephone: 202-637-2200
                                                                                                                   Facsimile: 202-637-2201
                                                                                                                   Kevin.Metz@lw.com

## CERTIFICATE OF SERVICE

I, Kevin H. Metz, counsel for the US-Algeria Business Council and a member of the Bar of this Court, hereby certify that on this 7th day of November, 2007, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE** to be served by Federal Express on Plaintiff Boban Jovanovic at the following address:

> Boban Jovanovic
> 440 Magie Ave
> Elizabeth, NJ 07208

Dated: November 7, 2007         /s/ Kevin H. Metz
                                                    Kevin H. Metz