## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Boban Jovanovic** | ) | |
| **440 Magie Ave** | ) | |
| **Elizabeth, NJ 07208** | ) | |
| **(908) 558-0862** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO.: 1:07-CV-00927 (CKK)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **US-Algeria Business Council** | ) | |
| **2001 Jefferson Davis Highway** | ) | |
| **Suite 208** | ) | |
| **Arlington, VA 22202** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **John Does** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE LCvR 7.1

I, the undersigned, counsel of record for US-Algeria Business Council certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of US-Algeria Business Council, which have any outstanding securities in the hands of the public:

*There are no parent companies, subsidiaries or affiliates of US-Algeria Business Council that have any outstanding shares in the hands of the public.*

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: November 7, 2007                                Respectfully submitted,

                                                       /s/ Kevin H. Metz
                                                       Kevin H. Metz
                                                       D.C. Bar No. 494087
                                                       LATHAM & WATKINS LLP
                                                       555 11th Street, N.W.
                                                       Suite 1000
                                                       Washington, D.C. 20004
                                                       Telephone: 202-637-2200
                                                       Facsimile: 202-637-2201
                                                       Kevin.Metz@lw.com

## CERTIFICATE OF SERVICE

I, Kevin H. Metz, counsel for the US-Algeria Business Council and a member of the Bar of this Court, hereby certify that on this 7th day of November, 2007, I caused a true and correct copy of the foregoing **CERTIFICATE LCvR 7.1** to be served by Federal Express on Plaintiff Boban Jovanovic at the following address:

Boban Jovanovic
440 Magie Ave
Elizabeth, NJ 07208

Dated:  November 7, 2007                    /s/ Kevin H. Metz_____
                                                          Kevin H. Metz