## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Boban Jovanovic | ) | |
| 440 Magie Ave | ) | |
| Elizabeth, NJ 07208 | ) | |
| (908) 558-0862 | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO.: 1:07-CV-00927 (CKK)** |
| | ) | |
| v. | ) | |
| | ) | |
| US-Algeria Business Council | ) | |
| 2001 Jefferson Davis Highway | ) | |
| Suite 208 | ) | |
| Arlington, VA 22202 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| John Does | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANT US-ALGERIA BUSINESS COUNCIL'S MOTION FOR ENLARGEMENT OF TIME AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE MOTION

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7, Defendant US-Algeria Business Council ("Defendant" or "US-ABC"), through undersigned counsel, hereby files this motion and moves for a 30-day enlargement of time to answer or otherwise respond to Plaintiff's Amended Complaint. Plaintiff Boban Jovanovic ("Plaintiff") filed the Amended Complaint on September 12, 2007, but he did not serve the Summons and Amended Complaint on Defendant until October 23, 2007, following this Court's Order directing him to do so. A responsive pleading to the Amended Complaint is therefore due by November 13, 2007. Plaintiff has refused to consent to any enlargement of Defendant's time to move against or answer the Amended Complaint.

Federal Rule of Civil Procedure 6(b) gives the Court authority to exercise its discretion to enlarge the time period within which an act is required or allowed to be completed pursuant to the Federal Rules of Civil Procedure. Fed. R. Civ. P. 6(b). So long as the request for

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

enlargement is made before the expiration of the specified period for the act, the requesting party

simply must show cause as to why the enlargement should be granted. *See id*.

In support of this Motion, the US-ABC states as follows:

1.      Plaintiff filed a Complaint in this action on May 18, 2007, but he never

served the Summons and Complaint on Defendant US-ABC.

2.      On September 12, 2007, Plaintiff filed the Amended Complaint, but he

again did not promptly serve the Summons and Amended Complaint on

Defendant US-ABC.

3.      On October 11, 2007, the Court entered an Order directing the Plaintiff to

serve the Amended Complaint by November 12, 2007, or file a status report

explaining why service had not been made.

4.      Not until October 23, 2007, nearly six weeks after Plaintiff filed the

Amended Complaint, did Plaintiff serve the Summons and Amended Complaint

on Defendant US-ABC.

5.      As detailed in the Amended Complaint, Plaintiff has raised similar claims

against Defendant US-ABC in a case filed in the U.S. District Court for the

District of New Jersey in 2005.  Those claims were dismissed as to Defendant

US-ABC on April 27, 2006 for lack of personal jurisdiction.  Plaintiff's claims

against certain other defendants in that action were dismissed for failure to state a

claim.

6.      Due to the length and puzzling, convoluted nature of Plaintiff's Amended

Complaint, Defendant US-ABC cannot decipher, let alone adequately analyze and

respond to, Plaintiff's pleading by November 13, 2007.  Plaintiff's 135-paragraph

Amended Complaint is anything but "simple, concise, [or] direct."  Fed. R. Civ.

P. 8(e).  Though his claims lack any merit, Plaintiff is seeking more than *$18 billion in damages*, as well as injunctive and declaratory relief, related to his alleged business dealings with the Algerian government more than three years ago.

7.      The US-ABC intends to file a Motion to Dismiss all claims raised in the Amended Complaint, which would resolve the entire matter and remove this case from the Court's active docket.  However, despite the frivolous nature of Plaintiff's claims, preparing the Motion to Dismiss will take significant time and resources to research adequately the claims, the controlling law, and other procedural matters.  Defendant expects that providing the Court with a well-researched and thoughtfully considered Motion to Dismiss will aid in the resolution of this matter, and in light of the absurdly large claim for damages, Defendant respectfully submits that an additional 30 days to research and respond to Plaintiff's Amended Complaint is warranted.

8.      The US-ABC has not previously sought an extension of time in this case.

9.      Plaintiff will suffer no prejudice as a result of the extension.  Considering the alleged defamation occurred more than three years ago, and Plaintiff has demonstrated no urgency in filing or serving his Complaint or the Amended Complaint, no harm possibly could result from a 30-day extension for Defendants to respond.

10.     As directed by Local Rule 7(m), counsel for Defendant called Plaintiff on November 2, 2007 to discuss the request for an extension of time to respond to the Complaint.  Plaintiff declined to consent to the US-ABC's request.

11.     Granting the US-ABC a 30-day extension will further the interests of

justice and promote judicial economy by enabling the US-ABC to prepare a

motion that may dispose of this case in its entirety.

WHEREFORE, for the reasons stated herein, pursuant to Federal Rule of Civil

Procedure 6(b), Defendant requests that this Court expand the time to answer or otherwise

respond to the Amended Complaint by 30 days, up to and including December 13, 2007.


Respectfully submitted,

Dated: November 7, 2007

/s/ Kevin H. Metz
Kevin H. Metz
D.C. Bar No. 494087
LATHAM & WATKINS LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004
Telephone: 202-637-2200
Facsimile: 202-637-2201
Kevin.Metz@lw.com

*Attorney for Defendant US-Algeria Business Council*

5

**PROOF OF SERVICE**

I, J. Kevin H. Metz, counsel for the US-Algeria Business Council and a member of the Bar of this Court, hereby certify that on this 7th day of November, 2007, I caused a true and correct copy of the foregoing **DEFENDANT US-ALGERIA BUSINESS COUNCIL'S MOTION FOR ENLARGEMENT OF TIME AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE MOTION** to be served by Federal Express on Plaintiff Boban Jovanovic at the following address:

Boban Jovanovic
440 Magie Ave
Elizabeth, NJ 07208

Dated:  November 7, 2007                   /s/ Kevin H. Metz
                                            Kevin H. Metz

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Boban Jovanovic )
440 Magie Ave )
Elizabeth, NJ 07208 )
(908) 558-0862 )
            )
         Plaintiff, )         CASE NO.: 1:07-CV-00927 (CKK)
            )
         v. )
            )
US-Algeria Business Council )
2001 Jefferson Davis Highway )
Suite 208 )
Arlington, VA 22202 )
            )
         and )
            )
John Does )
            )
         Defendants. )

## PROPOSED ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME

This matter came before the Court on Defendant US-Algeria Business Council

("US-ABC")'s Motion for Enlargement of Time to Answer or Otherwise Respond To The

Amended Complaint.  On good cause shown, the Motion shall be Granted.

IT IS THEREFORE ORDERED that the US-ABC shall have through and

including December 13, 2007, to file its Answer or otherwise respond to the Amended

Complaint.


DATED: _____           _____
                                                       Colleen Kollar-Kotelly
                                                       United States District Judge

2

Order should be served upon:

Kevin H. Metz
Kevin.Metz@lw.com

Boban Jovanovic
440 Magie Avenue
Elizabeth, N.J. 07208