## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Boban Jovanovic** | ) | |
| **440 Magie Ave** | ) | |
| **Elizabeth, NJ 07208** | ) | |
| **(908) 558-0862** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO.: 1:07-CV-00927 (CKK)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **US-Algeria Business Council** | ) | |
| **2001 Jefferson Davis Highway** | ) | |
| **Suite 208** | ) | |
| **Arlington, VA 22202** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **John Does** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Kevin H. Metz, a member of the Bar of this Court, hereby move for the admission of

Alan Edward Kraus *pro hac vice* in the above-referenced proceeding as counsel to Defendant

US-Algeria Business Council. Mr. Kraus was admitted to the Bar of New York in 1979 (N.Y.

Bar No. 1379015), and the Bar of New Jersey in 1986 (N.J. Bar No. 007941986). Mr. Kraus

currently is a partner with the law firm of Latham & Watkins LLP in Newark, New Jersey. The

declaration of Alan Edward Kraus is attached hereto.

Dated: November 7, 2007

Respectfully submitted,

/s/ Kevin H. Metz
Kevin H. Metz
D.C. Bar No. 494087
LATHAM & WATKINS LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004
Telephone: 202-637-2200
Facsimile: 202-637-2201
Kevin.Metz@lw.com

*Attorney for Defendant US-Algeria Business Council*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Boban Jovanovic**<br>**440 Magie Ave**<br>**Elizabeth, NJ 07208**<br>**(908) 558-0862** | )<br>)<br>)<br>)<br>) | |
| **Plaintiff,** | )<br>) | **CASE NO.: 1:07-CV-00927 (CKK)** |
| **v.** | )<br>) | |
| **US-Algeria Business Council**<br>**2001 Jefferson Davis Highway**<br>**Suite 208**<br>**Arlington, VA 22202** | )<br>)<br>)<br>)<br>) | |
| **and** | )<br>) | |
| **John Does** | )<br>) | |
| **Defendants.** | ) | |

## DECLARATION OF ALAN EDWARD KRAUS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Alan Edward Kraus, hereby declare that:

1. My full name is Alan Edward Kraus;

2. I currently practice in the Newark, New Jersey office of Latham & Watkins LLP, located at One Newark Center, 16th Floor, Newark, New Jersey 07101-3714; and my direct dial is 973-639-7293;

3. I am admitted to the State Bars of New Jersey and New York, the Bars of the United States District Court for the District of New Jersey, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Sixth Circuit,

the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Eleventh Circuit and the Supreme Court of the United States;

        4. I have never been disciplined by any Bar;

        5. I have not been admitted *pro hac vice* to this Court within the last two years;

        6. I do not practice law in the District of Columbia, and I am not a member of the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 7, 2007.

_____
Alan Edward Kraus

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **Boban Jovanovic** | ) | |
| **440 Magie Ave** | ) | |
| **Elizabeth, NJ 07208** | ) | |
| **(908) 558-0862** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO.: 1:07-CV-00927 (CKK)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **US-Algeria Business Council** | ) | |
| **2001 Jefferson Davis Highway** | ) | |
| **Suite 208** | ) | |
| **Arlington, VA 22202** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **John Does** | ) | |
| | ) | |
| **Defendants.** | ) | |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

IT IS HEREBY ORDERED, that Alan Edward Kraus of Latham & Watkins LLP is

admitted *pro hac vice* in the above-referenced proceeding as counsel to Defendant US-Algeria

Business Council.

Dated: November _____, 2007                     _____

                                                UNITED STATES DISTRICT JUDGE

Order should be served upon:

Kevin H. Metz
Kevin.Metz@lw.com

Boban Jovanovic
440 Magie Avenue
Elizabeth, N.J. 07208

Alan Edward Kraus
One Newark Center, 16th Floor
Newark, N.J. 07101-3714

<u>**CERTIFICATE OF SERVICE**</u>

I, Kevin H. Metz, counsel for the US-Algeria Business Council and a member of the Bar of this Court, hereby certify that on this 7th day of November, 2007, I caused a true and correct copy of the foregoing **MOTION FOR ADMISSION *PRO HAC VICE* OF ALAN EDWARD KRAUS** to be served by Federal Express on Plaintiff Boban Jovanovic at the following address:

Boban Jovanovic<br>
440 Magie Ave<br>
Elizabeth, NJ 07208

Dated:  November 7, 2007                    /s/ Kevin H. Metz_____
                                        Kevin H. Metz