IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Boban Jovanovic** ) | | |
| **440 Magie Ave** ) | | |
| **Elizabeth, NJ 07208** ) | | |
| **(908) 558-0862** ) | | |
| ) | | |
|     **Plaintiff,** ) | | CASE NO.: 1:07-CV-00927 (CKK) |
| ) | | |
|     **v.** ) | | |
| ) | | |
| **US-Algeria Business Council** ) | | |
| **2001 Jefferson Davis Highway** ) | | |
| **Suite 208** ) | | |
| **Arlington, VA 22202** ) | | |
| ) | | |
|     **and** ) | | |
| ) | | |
| **John Does** ) | | |
| ) | | |
|     **Defendants.** ) | | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Kevin H. Metz, a member of the bar of this Court, hereby move for the admission of Kira Samuelle Dabby *pro hac vice* in the above-referenced proceeding as counsel to Defendant US-Algeria Business Council. Ms. Dabby was admitted to the Bar of New York in 2005 (N.Y. Bar No. 4322657), and the Bar of New Jersey in 2004 (N.J. Bar No. 016592004). Ms. Dabby currently is an associate with the law firm of Latham & Watkins LLP in Newark, New Jersey. The declaration of Kira Samuelle Dabby is attached hereto.

Dated: November 7, 2007

Respectfully submitted,

/s/ Kevin H. Metz
Kevin H. Metz
D.C. Bar No. 494087
LATHAM & WATKINS LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004
Telephone: 202-637-2200
Facsimile: 202-637-2201
Kevin.Metz@lw.com

*Attorney for Defendant US-Algeria Business Council*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Boban Jovanovic<br>440 Magie Ave<br>Elizabeth, NJ 07208<br>(908) 558-0862<br><br>    Plaintiff,<br><br>v.<br><br>US-Algeria Business Council<br>2001 Jefferson Davis Highway<br>Suite 208<br>Arlington, VA 22202<br><br>    and<br><br>John Does<br><br>    Defendants. | CASE NO.: 1:07-CV-00927 (CKK) |

## DECLARATION OF KIRA SAMUELLE DABBY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

    I, Kira Samuelle Dabby, hereby declare that:

    1. My full name is Kira Samuelle Dabby;

    2. I currently practice in the Newark, New Jersey office of Latham & Watkins LLP, located at One Newark Center, 16th Floor, Newark, New Jersey 07101-3714; and my direct dial is 973-639-7194;

    3. I am admitted to the State Bars of New Jersey and New York, the Bars of the United States District Court for the District of New Jersey, the United States District Court for the Southern District of New York, the United States Court of Appeals for the Third Circuit and the United States Court of Appeals for the Second Circuit;

      4. I have never been disciplined by any Bar;

      5. I have never been admitted *pro hac vice* to this Court;

      6. I do not practice law in the District of Columbia, and I am not a member of the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 7, 2007.

                                                                      Kira Samuelle Dabby

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Boban Jovanovic**<br>**440 Magie Ave**<br>**Elizabeth, NJ 07208**<br>**(908) 558-0862**<br><br>    **Plaintiff,**<br><br>       v.<br><br>**US-Algeria Business Council**<br>**2001 Jefferson Davis Highway**<br>**Suite 208**<br>**Arlington, VA 22202**<br><br>    **and**<br><br>**John Does**<br><br>    **Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **CASE NO.: 1:07-CV-00927 (CKK)** |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED, that Kira Samuelle Dabby of Latham & Watkins LLP is admitted *pro hac vice* in the above-referenced proceeding as counsel to Defendant US-Algeria Business Council.


Dated: November ____, 2007         _____
                                    UNITED STATES DISTRICT JUDGE

Executed Order should be served upon:

Kevin H. Metz
Kevin.Metz@lw.com

Boban Jovanovic
440 Magie Avenue
Elizabeth, N.J. 07208

Kira S. Dabby
One Newark Center, 16th Floor
Newark, N.J. 07101-3714

## CERTIFICATE OF SERVICE

I, Kevin H. Metz, counsel for the US-Algeria Business Council and a member of the Bar of this Court, hereby certify that on this 7th day of November, 2007, I caused a true and correct copy of the foregoing **MOTION FOR ADMISSION *PRO HAC VICE* OF KIRA SAMUELLE DABBY** to be served by Federal Express on Plaintiff Boban Jovanovic at the following address:

Boban Jovanovic
440 Magie Ave
Elizabeth, NJ 07208

Dated:  November 7, 2007         /s/ Kevin H. Metz_____
                                              Kevin H. Metz