IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Boban Jovanovic<br>440 Magie Ave<br>Elizabeth, NJ 07208<br>(908) 558-0862<br><br>    Plaintiff,<br><br>    v.<br><br>US-Algeria Business Council<br>2001 Jefferson Davis Highway<br>Suite 208<br>Arlington, VA 22202<br><br>    and<br><br>John Does<br><br>    Defendants. | CASE NO.: 1:07-CV-00927 (CKK) |

## CERTIFICATION OF KIRA SAMUELLE DABBY IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

In response to the Court's November 13, 2007 Order, please find the Certification of Kira Samuelle Dabby in support of her Motion for Leave to Appear *Pro Hac Vice* attached hereto.

Dated: November 14, 2007

Respectfully submitted,

/s/ Kevin H. Metz
Kevin H. Metz
D.C. Bar No. 494087
LATHAM & WATKINS LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004
Telephone: 202-637-2200
Facsimile: 202-637-2201
Kevin.Metz@lw.com

*Attorney for Defendant US-Algeria Business Council*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Boban Jovanovic<br>440 Magie Ave<br>Elizabeth, NJ 07208<br>(908) 558-0862<br><br>    Plaintiff,<br><br>    v.<br><br>US-Algeria Business Council<br>2001 Jefferson Davis Highway<br>Suite 208<br>Arlington, VA 22202<br><br>    and<br><br>John Does<br><br>    Defendants. | CASE NO.: 1:07-CV-00927 (CKK) |

**CERTIFICATION OF KIRA SAMUELLE DABBY IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

I, Kira Samuelle Dabby, do hereby certify that I am familiar with the Local Rules of the United States District Court for the District of Columbia.

Dated: November 14, 2007

                                              Kira Samuelle Dabby
                                              LATHAM & WATKINS LLP
                                              One Newark Center, 16th Floor
                                              Newark, New Jersey 07101-3714
                                              Tel: 973-639-7194
                                              Fax: (973) 639-7298
                                              Kira.Dabby@lw.com

**CERTIFICATE OF SERVICE**

I, Kevin H. Metz, counsel for the US-Algeria Business Council and a member of the Bar of this Court, hereby certify that on this 14th day of November, 2007, I caused a true and correct copy of the foregoing CERTIFICATION OF KIRA SAMUELLE DABBY IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* to be served by Federal Express on Plaintiff Boban Jovanovic at the following address:

> Boban Jovanovic
> 440 Magie Ave
> Elizabeth, NJ 07208

Dated: November 14, 2007           /s/ Kevin H. Metz_____
                                              Kevin H. Metz