IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Boban Jovanovic** <br> **440 Magie Ave** <br> **Elizabeth, NJ 07208** <br> **(908) 558-0862** <br><br> Plaintiff, <br><br> v. <br><br> **US-Algeria Business Council** <br> **2001 Jefferson Davis Highway** <br> **Suite 208** <br> **Arlington, VA 22202** <br><br> and <br><br> **John Does** <br><br> **Defendants.** | CASE NO.: 1:07-CV-00927 (CKK) |

## CERTIFICATION OF ALAN EDWARD KRAUS IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

In response to the Court's November 13, 2007 Order, please find the Certification of

Alan Edward Kraus in support of his Motion for Leave to Appear *Pro Hac Vice* attached hereto.

Dated: November 14, 2007

Respectfully submitted,

/s/ Kevin H. Metz
Kevin H. Metz
D.C. Bar No. 494087
LATHAM & WATKINS LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004
Telephone: 202-637-2200
Facsimile: 202-637-2201
Kevin.Metz@lw.com

*Attorney for Defendant US-Algeria Business Council*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Boban Jovanovic** <br> 440 Magie Ave <br> Elizabeth, NJ 07208 <br> (908) 558-0862 <br><br> Plaintiff, <br><br> v. <br><br> **US-Algeria Business Council** <br> 2001 Jefferson Davis Highway <br> Suite 208 <br> Arlington, VA 22202 <br><br> and <br><br> **John Does** <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO.: 1:07-CV-00927 (CKK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### CERTIFICATION OF ALAN EDWARD KRAUS IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

I, Alan Edward Kraus, do hereby certify that I am familiar with the Local Rules of the United States District Court for the District of Columbia.

Dated: November 14, 2007

_____
Alan Edward Kraus
LATHAM & WATKINS LLP
One Newark Center, 16th Floor
Newark, New Jersey 07101-3714
Tel: 973-639-7293
Fax: (973) 639-7298
Alan.Kraus@lw.com

## **CERTIFICATE OF SERVICE**

I, Kevin H. Metz, counsel for the US-Algeria Business Council and a member of the Bar of this Court, hereby certify that on this 14th day of November, 2007, I caused a true and correct copy of the foregoing CERTIFICATION OF ALAN EDWARD KRAUS IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* to be served by Federal Express on Plaintiff Boban Jovanovic at the following address:

> Boban Jovanovic
> 440 Magie Ave
> Elizabeth, NJ 07208

Dated: November 14, 2007             /s/ Kevin H. Metz_____
                                       Kevin H. Metz