UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DISTRICT OF COLUMBIA

**Boban Jovanovic (Pro-Se)**
440 Magie ave
Elizabeth, N.J. 07208
1-908-803-0293

RECEIVED
NOV 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| Boban Jovanovic (Pro-Se) | ) | |
| Plaintiff | ) | |
| vs. | ) | |
| US-Algeria Business Council | ) | Docket No.   Case No.   1:07-cv-00927 (CKK) |
| John Does's | ) | |
| **Defendants** | ) | Answer to defendants motion to enlarge time |
| | ) | |

Court Clerk
US District of District of Columbia

Dear Clerk

      Included please find an original and one copy of an answer to defendants motion to enlarge time. Please file same on receipt of this mailing. Also please stamp and file one copy and mail a filed and stamped copy to me. I have also included self addressed and stamped envelope for your convenience. Your assistance in this matter is greatly appreciated.

Bob Jovanovic Pro-SE,
440 Magie av. Elizabeth N.J. 07208
1-908-803-0293
November 12, 2007

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DISTRICT OF COLUMBIA

**Boban Jovanovic (Pro-Se)**
440 Magie ave
Elizabeth, N.J. 07208
1-908-803-0293

| | |
|---|---|
| Boban Jovanovic (Pro-Se) | ) |
| Plaintiff | ) |
| vs. | ) |
| US-Algeria Business Council | ) Docket No.  **Case No.  1:07-cv-00927** |
| John Does's | ) |
| **Defendants** | ) **Answer to defendants motion to enlarge time** |
| | ) |

**Your Honor**

Please accept this letter brief in lieu of a more formal reply in opposition to defendant's motion to enlarge time to file a an answer or otherwise plead in above captioned case.

**Reply to Defendant US-ABC Motion to enlarge time to answer the Complaint**

**Related Actions**

1. This case stems from a Federal District Court of New Jersey case 05-4487 (DMC), originally filed in September 14,2007 against defendant US-ABC and certain other defendants.

    a. Defendant US-ABC was one of twenty six defendants in New Jersey case.

## History

1. Plaintiff initially filed a 05-4487 (DMC), Federal District Court action in Federal District Court of New Jersey On September 14,2005.

2. Plaintiff served the complaint with a waiver of service which defendant US-ABC timely executed and returned.

3. Defendant US-ABC requested from plaintiff a **FIRST** 15 day extension of time on November 15,2005, to answer the case or otherwise plead and plaintiff agreed to grant said action.

4. Defendant than on December 09,2005 now jointly with all other defendants requested a **SECOND** 63 day extension to answer the complaint or otherwise plead in this case.

5. On February 10,2006 defendant US-ABC and ten other defendants filed a 12(b)(2) Motion to Dismiss for Lack of personal Jurisdiction.

6. On February 10, 2006 all other defendants also filed their 12 (b) (6) motions to dismiss.

7. On April 28 and May 01,2006 Federal District Court of New Jersey granted defendant Motion to dismiss to all defendants.

8. On July 28,2006 plaintiff filed a Notice of Appeal to the Third Circuit as to all Federal District Court orders.

9. On May 18, 2007 defendant filed a complaint in Federal District Court of DC against defendant US-ABC and 10 other defendants in New Jersey District Court, as a result of May 01,2006 New Jersey District Court order.

    a. The Complaint contains **FOUR EXACTLY SAME** causes of action out of nine causes of action filed in New Jersey complaint.

        i. Which are Fraud, Tortuous Interference, Defamation and Intentional Infliction of Emotional Distress.

10. On May 22, 2007 Plaintiff forwarded a courtesy copy of the newly filed DC complaint to Counsel for defendant US-ABC. (Latham and Watkins, New Jersey Office) **(Exhibit A)**

11. On June 28,2007 Third Circuit rendered its decision, **overturning certain District Court orders and remanding certain claims for further proceedings.**

12. Within same June 28,2007 order, Third Circuit denied plaintiffs appeal as to 11 jurisdictional defendants.

13. On July 6,2007 plaintiff filed a request for rehearing as to all issues on appeal, denied by the Third Circuit of Appeals.

14. On September 11,2007,Third Circuit entered a Mandate, and denied plaintiffs request for rehearing as to 11 jurisdictional defendants including defendant US-ABC.

15. On September 10, 2007, after noticed by Third Circuit Court Clerk that Third Circuit Mandate will be issued on September 11,2007, and as a result of Third Circuit decision, Plaintiff filed a First Amended complaint with the Clerk of Federal Court Clerk for District of DC.

16. On September 10,2007 plaintiff served a copy of both original complaint and a first amended complaint and a summons on defendant US-ABC as well as served a waiver of service form. **(Exhibit B)**

17. On October 15,2007, immediately after expiration of the 30 day statutory period for returning the waiver of service, (as defendant has not agreed to a waiver) Plaintiff requested of Arlington County Sheriffs department to serve the summons and a copy of both original and First amended complaints on defendants US-ABC.**(Exhibit C)**

18. Arlington County Sheriffs department served the defendant on October 23,2007.**(Exhibit D)**

## Argument

**Defendant should not be allowed an extension to file an answer as he has been aware of existence of these claims for more than two years and as such had plenty of time to draft an answer to same claims or plead otherwise in time prescribed by FRCP Court Rules**

19. Contrary to defendants rendition History of this case, defendant failed to notice the Court that this case is a continuation of September 15,2005 case

20. Plaintiff's claims as to defendant US-ABC have not changed, and are exactly the same in the DC District complaint as they were in the New Jersey Complaint as to defendant US-ABC.

21. Defendant US-ABC ( same law firm ) also substantially pleaded as to same claims, **"for the past two years"** in the New Jersey District and the Third Circuit and its counsel representation that they now **"need to decipher"** plaintiffs claims is futile.

22. Thus defendant US-ABC had more than enough time to prepare and answer the complaint and Court should deny defendants motion to enlarge time.

Further to have a "very large national Law firm the likes of Latham and Watkins" continuously claim they do not have resources to timely handle the demand of this case goes against the nature of Court Rules, especially in light that a "one person

Pro-Se plaintiff has been at all times "timely" in his handling of the claims against defendant US-ABC.

### Defendant has from begging of the process as well as presently continuously delayed the case

23. Contrary to defendants arguments in his motion to enlarge time, that he has not sought any extensions, it is clear from the entire record of the claims that defendant has in fact already requested "two extensions", November and December 2005.

24. Further Defendant has been advised in May 2007, of the filing of the claims and apparently deliberately failed to prepare to file an answer or otherwise plead.

25. Further defendant has been served with a waiver on September 12,2007 and had sufficient time to answer the case especially in light that same claims are pending for more than two years and have already been pleaded in New Jersey District and the Third Circuit Court.

26. Court should not allow this behavior, especially when it comes from a large and well staffed law firm, and should deny plaintiffs motion to enlarge time.

### Plaintiff is prejudiced by the delay as defendant's actions and this case have caused his diabetes health condition to become uncontrolled

27. Plaintiffs Diabetes are presently uncontrollable resulting from stress of this ongoing action and plaintiffs doctor has advised plaintiff that his condition is deteriorating. Thus any delay in resolving this case will cause additional damages and preclude plaintiff to begin as early as possible to recover from presently inflicted damages to his health. **(Exhibit E)**

28. Court should deny defendants Motion.

Boban Jovanovic (Pro-Se)

November 12,2007





# CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

ARLINGTON VA 22202

| | | |
|---|---|---|
| Postage | $ | $4.60 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.25 |

Postmark Here  0410 07  09/10/2007

7007 0710 0002 0754 6068

Sent To: US - Algoma Rul Cinel
Street, Apt. No.; or PO Box No. 2001 Jeff Davy Hwy
City, State, ZIP+4 Arlington VA 22202

PS Form 3800, August 2006       See Reverse for Instructions

B

```
Joban Jovanovic
  440 Magie ave.
Elizabeth N.J. 07208
  1-908-803-0293
```

Arlington County Sheriff
1425 N. Courthouse Rd, Suite 9100
Arlington VA 22201

Re; Civil Process

Dear Sheriff

As per my conversation Mr.Hogan, I am requesting your department to serve a summons and a complaint on a private entity located in your County at US-Algeria Business Council, 2001 Jefferson Davis Highway, Arlington VA, 22202, 1-703-418-4150 .

I am including the following to be served
a.   Two copies of summons
b.   Two copies of Original Complaint
c.   Two copies of First Amended complaint
d.   A Check for $75.00
e.   A self addressed and stamped envelope, for your convenience, for return of Notice of Service

I thank you for your cooperation in this matter.

Bob Jovanovic



### State of New Jersey
### PRESCRIPTION BLANK

**PETER LONTAI, M.D.**
171 ELMORA AVENUE
ELIZABETH, NJ 07202
908-289-4227   FAX: 908-289-4740

DEA # AL9764261    NPI # _____    LIC # 25MA03879700
BATCH #TRI0707061000191163-26                SERIAL # _____

IF PRESCRIPTION IS WRITTEN AT ALTERNATE PRACTICE SITE, CHECK HERE ☐
AND PRINT ALTERNATE ADDRESS AND TELEPHONE NUMBER ON REVERSE SIDE

PATIENT _Bobn Jovovic_    D.O.B. _____
ADDRESS _____    DATE _11/10/07_

**Rx**

MR Jovonovic
is insulin
dependent
in_____
Dr Lich

SUBSTITUTION PERMISSIBLE _____  DO NOT SUBSTITUTE _____
DO NOT REFILL ____  SIGNATURE OF PRESCRIBER _____
REFILL ____ TIMES

Use separate form for each controlled substance prescription
THEFT, UNAUTHORIZED POSSESSION AND/OR USE OF THIS FORM INCLUDING ALTERATIONS OR FORGERY, ARE CRIMES PUNISHABLE BY LAW



D

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DISTRICT OF COLUMBIA

**Boban Jovanovic (Pro-Se)**
440 Magie ave
Elizabeth, N.J. 07208
1-908-803-0293

| | | |
|---|---|---|
| Boban Jovanovic (Pro-Se) | ) | |
| Plaintiff | ) | |
| vs. | ) | |
| US-Algeria Business Council | ) Docket No. | **Case No.   1:07-cv-00927** |
| John Does's | ) | |
| **Defendants** | ) | **ORDER** |
| | ) | |

### PROPOSED ORDER DENYING MOTION FOR ENLARGEMENT OF TIME

This matter came before the Court on defendant US-Algeria Business Council (US-ABC)'s motion for Enlargement of Time to Answer or otherwise respond to the Amended Complaint. On Good caules shown the Motion shall be denied.

IT IS THERREFIRE ORDERED that the US-ABC Motion is denied.

DATED_____

_____
Colleen Kollar-Kotelly
United States District Judge

## CERTIFICATION OF SERVICE

I certify under penalty of perjury, that I have mailed, the answer to motion to defendant DLA PIPER LLP. Via certified mail, to Two Tower Center Blvd, suite 1600, East Brunswick, New Jersey 08816-1100 on November 12, 2007.

Boban Jovanovic (Pro-Se)