UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BOBAN JOVANOVIC,

    Plaintiff,

     v.                                                    Civil Action No. 07-927 (CKK)

US-ALGERIA BUSINESS COUNCIL,
*et al.*,

    Defendants.

**ORDER**
(November 26, 2007)

*Pro se* Plaintiff, Boban Jovanovic, filed the Amended Complaint in this action on

September 12, 2007, and served the Summons and Amended Complaint on Defendant US-

Algeria Business Council ("US-ABC") on October 23, 2007.  On November 7, 2007, US-ABC

filed a Motion for Enlargement of Time in which to file its response to Plaintiff's Amended

Complaint, which would otherwise have been due on November 13, 2007.  US-ABC's Motion

indicates that it intends to file a Motion to Dismiss all claims raised in Plaintiff's Amended

Complaint, which would dispose of this matter entirely.  On November 13, 2007, Plaintiff filed

an Opposition to US-ABC's Motion for Enlargement of Time, which the Court has considered.

For the reasons set forth in US-ABC's Motion for Enlargement of Time, it is this 26th

day of November, 2007, hereby

**ORDERED** that [8] US-ABC's Motion for Enlargement of Time is GRANTED; it is

further

**ORDERED** that US-ABC's time to answer or otherwise respond to Plaintiff's Amended

Complaint is extended through and including December 13, 2007.

       **SO ORDERED**.


                                               */s/*

                                            COLLEEN KOLLAR-KOTELLY

                                            United States District Judge


Copy to:
Boban Jovanovic
440 Magie Avenue
Elizabeth, NJ 07208