UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BOBAN JOVANOVIC,

   Plaintiff,

  v.

US-ALGERIA BUSINESS COUNCIL,

   Defendant.

Civil Action No. 07-927 (CKK)

**ORDER**
(December 13, 2007)

On December 13, 2007, Defendant filed a Motion to Dismiss in the above-captioned case. Plaintiff is representing himself, *pro se.* In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

In accordance, this Court wishes to advise the Plaintiff that he must respond to Defendant's Motion to Dismiss no later than January 14, 2008. If Plaintiff does not respond, the Court will treat the motion as conceded and dismiss Plaintiff's Complaint. Defendant shall file its Reply to Plaintiff's opposition no later than January 28, 2008. Furthermore, the Clerk of the Court shall mail a copy of this Order to Plaintiff at the following address:

BOBAN JOVANOVIC
440 Magie Avenue
Elizabeth, NJ 07208

    **SO ORDERED**.

                                                            /s/
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge