**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Boban Jovanovic**  )<br>)<br>    Plaintiff,  )<br>)<br>    v.  )<br>)<br>**US-Algeria Business Council**  )<br>)<br>    and  )<br>)<br>**John Does**  )<br>)<br>    **Defendants.**  ) | CASE NO.: 1:07-CV-00927 (CKK) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record: Pursuant to Rule 83.6(a) of the Local Rules of the United States District Court for the District of Columbia please enter the appearance of Nathaniel A. Vitan, of Latham & Watkins LLP, as counsel in this case for Defendant US-Algeria Business Council.

Dated: January 24, 2008

Respectfully submitted,

/s/ Nathaniel A. Vitan
Nathaniel A. Vitan
D.C. Bar No. 477402
LATHAM & WATKINS LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004
Telephone: 202-637-2200
Facsimile: 202-637-2201
Nathaniel.Vitan@lw.com

**CERTIFICATE OF SERVICE**

I, Nathaniel A. Vitan, counsel for the US-Algeria Business Council and a member of the Bar of this Court, hereby certify that on this 24th day of January, 2008, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE** to be served by Federal Express on Plaintiff Boban Jovanovic at the following address:

Boban Jovanovic
440 Magie Ave
Elizabeth, NJ 07208

Dated: January 24, 2008                    /s/ Nathaniel A. Vitan_____
                                           Nathaniel A. Vitan