# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Boban Jovanovic**  ) | |
| ) | |
| **Plaintiff,**  ) | CASE NO.: 1:07-CV-00927 (CKK) |
| ) | |
| v.  ) | |
| ) | |
| **US-Algeria Business Council**  ) | |
| ) | |
| **and**  ) | |
| ) | |
| **John Does**  ) | |
| ) | |
| **Defendants.**  ) | |

## NOTICE OF WITHDRAWAL

Please take notice that Nathaniel A. Vitan hereby withdraws as counsel for Defendant US-Algeria Business Council. Kevin H. Metz, Alan E. Kraus and Kira S. Dabby of Latham & Watkins LLP remain as US-Algeria Business Council's attorneys of record.

Dated: April 17, 2008

Respectfully submitted,

/s/ Nathaniel A. Vitan
Nathaniel A. Vitan
D.C. Bar No. 477402
LATHAM & WATKINS LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004
Telephone: 202-637-2200
Facsimile: 202-637-2201
Nathaniel.Vitan@lw.com

## CERTIFICATE OF SERVICE

I, Nathaniel A. Vitan, counsel for the US-Algeria Business Council and a member of the Bar of this Court, hereby certify that on April 17, 2008, I caused a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL** to be served by Federal Express on Plaintiff Boban Jovanovic at the following address:

> Boban Jovanovic
> 440 Magie Ave
> Elizabeth, NJ 07208

Dated: April 17, 2008         /s/ Nathaniel A. Vitan_____
                              Nathaniel A. Vitan