UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOBAN JOVANOVIC,<br><br>    Plaintiff,<br><br>    v.<br><br>US-ALGERIA BUSINESS COUNCIL,<br>*et al.*,<br><br>    Defendants. | Civil Action No. 07-927 (CKK) |

**ORDER**
(June 26, 2008)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 26th day of June, 2008, hereby

**ORDERED** that Defendant US-ABC's [15] Motion to Dismiss is GRANTED; it is further

**ORDERED** that the instant case is DISMISSED in its entirety.

**SO ORDERED.**

*This is a final, appealable Order.*

                                                                        /s/
                                                    COLLEEN KOLLAR-KOTELLY
                                                    United States District Judge