# United States District Court

### District of Columbia

| | |
|---|---|
| Boban Jovanovic Pro-Se )<br>*Plaintiff* )<br> )<br>v. )<br>US-ALGERIA BUSINESS COUNCIL )<br>*Defendant* ) | Civil Action No. 07-927 (CKK)<br><br>NOTICE OF APPEAL |

**Notice of Appeal to the United States Court of Appeals for the District of Columbia**

Boban Jovanovic, the plaintiff appeals to the United States Court of Appeals for the District of Columbia Circuit Court of Appeals from the following final order of the District Court for the District of Columbia entered in this case on the twenty sixth day of June, 2008.

    a.    June 26, 2008 Court Order which ordered that

        a.    Defendants Motion to dismiss are granted

The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

**Party: US-Algeria Business Council**
**Attorney: Latham and Watkins**
        555 11th street N.W.
        Washington D.C. 20004
        T. 1-202-637-2200
        F. 1-202-637-2201

Dated: July 23, 2008
Signed: _____
**Boban Jovanovic (Pro-Se)**
Address: 440 Magie Ave., Elizabeth N.J. 07208   T. 1-908-803-0293

```
Court Name: District of Columbia
Division: 1
Receipt Number: 4616013948
Cashier ID: lfizer
Transaction Date: 07/29/2008
Payer Name: BOBAN JOVANOVIC
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: BOBAN JOVANOVIC
 Amount:         $455.00
-----------------------------------
CHECK
 Check/Money Order Num: 1002
 Amt Tendered:  $455.00
-----------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

07 CV 927 (CKK)

Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged. A
$45 fee will be charged for a
returned check.
```